

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00525-CV

**UEREA ENTERPRISE, LLC**,
Appellant

v.

Luis Miguel **GUTIERREZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2025CVA000399D1
Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the joint motion to dismiss the appeal is GRANTED and the appeal is DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

We ORDER that the obligations of Atlantic Specialty Insurance Company as surety on appellant's supersedeas bond are RELEASED and DISCHARGED.

SIGNED December 31, 2025.

_____
Lori Massey Brissette, Justice